**DISMISS; and Opinion Filed June 22, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00237-CV

**KRISTY GONGORA, Appellant**
**V.**
**MARCIAL VASQUEZ, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00600-B**

# MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Brown

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated March 7, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated March 7, 2018, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated May 18, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We

cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Ada Brown/
ADA BROWN
JUSTICE

180237F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KRISTY GONGORA, Appellant

No. 05-18-00237-CV     V.

MARCIAL VASQUEZ, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-00600-B.
Opinion delivered by Justice Brown.
Justices Bridges and Boatright participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MARCIAL VASQUEZ recover her costs of this appeal from appellant KRISTY GONGORA.

Judgment entered this 22nd day of June, 2018.